## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 09-23129tnw |
| | : | |
| JAMES LEE FARMER and | : | Chapter 13 |
| KRISTI LYNN FARMER | : | |
| | : | Judge Wise |
| | : | |
| | : | APPLICATION FOR |
| | : | ALLOWANCE OF |
| | : | ATTORNEY FEES |

The Undersigned respectfully represents that as attorney of record for the Debtor(s) in these proceedings that on behalf of the Debtor(s), numerous legal services have been performed by the Undersigned or members of the Undersigned's law firm in connection with the preparation of the petition filed herein, and that representation of the Debtor(s) has been provided in all proceedings in this matter. A detailed itemization of such services is attached hereto.

The Undersigned believes that the fair and reasonable fee for such legal services is $3,000. To date the sum of $0 has been received from the Debtor(s) and applied to such fees.

WHEREFORE, the Undersigned prays for an Order directing the Trustee to pay to the law firm of the Undersigned in accordance with the usual practice in this Court the amount of $3,000.

The Undersigned states that the facts in this Application are true and that no understanding exists for a division of fees between the law firm of the Undersigned, the Trustee, the Debtor(s), or any other person or entity.

  /s/  Alexander F. Edmondson
ALEXANDER F. EDMONDSON
28 West Fifth St.
Covington, KY 41011
Phone: 859-491-5551
Fax:    859-491-0187

## NOTICE AND OPPORTUNITY TO BE HEARD

Please take notice that the following Application for Fees has been filed with the United States Bankruptcy Court, Eastern District of Kentucky.  You are hereby notified that you have 21 days from the date of service below to object to the Application so tendered or an Order approving said Application may be granted by the Court.  A hearing will only be set on this Motion if a timely objection is filed with this Court.

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing Application for Allowances of Fees has been duly served upon the parties as listed below in accordance with applicable Bankruptcy and Local Rules of Procedure by U.S. Mail or electronic service, if so permitted as to such party, sent this 31st day of March 2010.

        /s/ Alexander F. Edmondson
ALEXANDER F. EDMONDSON  - 88406

Beverly M. Burden, CH 13 Trustee
Notice@Ch13EDKY.com

US Trustee
Ustpregion08.lx.ecf@usdoj.gov

All parties as listed on the Mailing Matrix.

| Date | Description | Hours | Employee | Rate | Amount |
|---|---|---|---|---|---|
| 1 | Initial meeting w/ clients | 2 | AFE | $200 | $400 |
| 2 | Prepare Petition | 1 | SDW | $85 | $85 |
| 3 | Meet w/ clients to review docs schedules, statements, & plan | 2 | AFE | $200 | $400 |
| 4 | Preparation of case filing with Court | .5 | AFE | $200 | $100 |
| 5 | File petition and Plan w/ Court | .5 | SDW | $85 | $42.50 |
| 6 | Copy and Mail Plan to Creditors | 1 | SDW | $85 | $85 |
| 7 | Recv. And review notice of 341 | .5 | AFE | $200 | $100 |
| 8 | Review Notice of Appearance | .25 | AFE | $200 | $50 |
| 9 | Meet w/ clients concerning docs, Amendment & 341 hearing, | .5 | AFE | $200 | $100 |
| 10 | Copied and sent docs to trustee. | 1 | SDW | $85 | $85 |
| 11 | Review Order to pay wages | .25 | AFE | $200 | $50 |
| 12 | Amend A-H, Matrix, I, J & Plan | 1 | AFE | $200 | $200 |
| 13 | Copy and mail docs to creditors | 1 | SDW | $85 | $85 |
| 14 | Attend 341 Meeting | 1 | AFE | $200 | $200 |
| 15 | Review Objection to Claim | .5 | AFE | $200 | $100 |
| 16 | Review Ch 13 Recommendation | .5 | AFE | $200 | $100 |
| 17 | Proposed Order | .5 | AFE | $200 | $100 |
| 18 | Order on Motion and Order On Objection to Claim | 1 | AFE | $200 | $200 |
| 19 | Remind Clients to complete Financial Management Course | .5 | SDW | $85 | $42.50 |
| 20 | Misc. Calls to clients | 3 | AFE | $200 | $600 |
|  | Avg. total Postage |  |  |  | $50 |

**Total Items of Cost:** $50
**Total Before Discount:** $3125
**Less Attorney Discount:** $175

## Total After Discount: $3000

**Less Amount Already Paid:** $0
**Balance In Plan:** $3,000