**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 09-23129tnw** |
| | : | |
| **JAMES LEE FARMER and** | : | **Chapter 13** |
| **KRISTI LYNN FARMER** | : | |
| | : | **Judge Wise** |

## ORDER GRANTING APPLICATION OF FEES

This matter is before the Court on the Application of Fees, Notice and Opportunity to object being afforded all parties so interested, and the Court being in all ways sufficiently advised,

**IT IS HEREBY ORDERED AS FOLLOWS**
Said Attorney is allowed a fee for his services herein in the amount of $3,000. The Chapter 13 Trustee is authorized and directed to pay the fee out of the funds paid to her by the debtor less any payments made by the debtor(s) ($0) as partial payment on this fee prior to the confirmation of the Plan. (Trustee shall pay a net fee to said Attorney in the amount of $3,000)

**IT IS ORDERED**
"Pursuant to Local Rule 9022-1(c) Alexander F. Edmondson
shall cause a copy of this Order to be served upon each of the
parties designated to receive this Order
pursuant to Local Rule 9022-1(a) and shall file a
Certificate of Service of the Order upon such parties
Within 10 days hereof."

SERVED UPON:
James and Kristi Farmer
Beverly M. Burden, Notice@Ch13EDKY.com
U.S. Trustee, Ustpregion08.lx.ecf@usdoj.gov
All Parties as listed on the mailing matrix